**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6668**

───────────

JERRY ALLEN BAILEY,

                    Plaintiff - Appellant,

    versus

RAINE LOCKE BELL; GRAHAM C. MULLEN; ROBERT
CONRAD, JR.; GORDON WIDENHOUSE,

                    Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. William L. Osteen, District Judge, sitting by designation. (CA-01-36-V)

───────────

Submitted: August 23, 2001       Decided: August 30, 2001

───────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jerry Allen Bailey, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Allen Bailey appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Heck v. Humphrey, 512 U.S. 477, 486 (1994). Finding that Bailey's informal brief sufficient to present the issues on appeal, we deny Bailey's pending motion to file a formal brief. Bailey's motion to extend the time in which to file a supplemental brief is moot and is denied for that reason. Similarly, we deny Bailey's motion for counsel and for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED